UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIS THOMAS RAND,   Case No. 20-10691
   Honorable Nancy G. Edmunds

    Plaintiff/ Counter Defendant,

v.

LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,

    Defendant/ Counter Claimant.

_____/

**ORDER ON JOINT MOTION [16]**

Pending before the Court is the Parties' Joint Motion for Suspension of Scheduling Order and Rule 16 Pretrial Status Conference (Dkt. 16). Together, the Parties have requested that (1) the August 21, 2020 Scheduling Order be suspended while Plaintiff's Motion to Amend the Complaint (Dkt. 13) remains pending; (2) discovery be re-opened for 30-45 days following disposition of the Motion to Amend; and (3) the Court schedule a Rule 16 Pretrial Conference to discuss the current posture of this case.

IT IS HEREBY ORDERED that the Joint Motion is GRANTED IN PART and DENIED IN PART. Discovery shall be re-opened and the Scheduling Order shall be adjourned by 90 days setting new dates as follows:

    Discovery due by March 4, 2021;

    Dispositive Motion Cut-off on April 15, 2021;

    Final Pretrial Order due on July 13, 2021;

    Final Pretrial Conference on July 20, 2021 at 2:00 p.m.; and

    Trailing Trial Docket set for August 10, 2021 at 9:00 a.m.

1

IT IS FURTHER ORDERED that the Parties' requests to suspend the Scheduling Order and for a Rule 16 Pretrial Conference are DENIED.

SO ORDERED.

s/Nancy G. Edmunds<br>Nancy G. Edmunds<br>United States District Judge

Dated: January 8, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>Case Manager